# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| TU JIA YUAN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-01790-AB-DFM<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED.

3. Respondents are ORDERED to release Petitioner from custody on reasonable conditions of supervision unless the Government shows by clear and convincing evidence that Petitioner's continued detention is justified based on his danger to the community or risk of flight at a custody redetermination hearing to be held before an Immigration Judge within seven (7) days.

4.      Respondents are ORDERED to file a compliance status report within ten (10) days.

Date: May 20, 2026      _____

HON. ANDRÉ BIROTTE JR.
United States District Judge